# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jovan Alfredo Mancilla Sanchez,<br>a.k.a.: Jovan Alfredo Mancilla-Sanchez,<br>a.k.a.: Jovan Alfredo Mancilla,<br>(A087 678 412)<br>*Defendant* | Case No.  17-9436 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 11, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jovan Alfredo Mancilla Sanchez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Hidalgo, Texas, on or about April 16, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Kathy J. Lemke

☒ Continued on the attached sheet.

_____
Complainant's signature

Marcus D. Leggett,
Deportation Officer
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: July 27, 2017

_____
Judge's signature

Bridget S. Bade,
United States Magistrate Judge
_____
Printed name and title

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On June 11, 2017, Jovan Alfredo Mancilla Sanchez was booked into the Maricopa County Jail (MCJ) by the Phoenix Police Department on local charges. While in custody at the MCJ, Mancilla Sanchez was encountered by ICE officer S. Wilkinson who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On July 27, 2017, Mancilla Sanchez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Mancilla Sanchez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jovan Alfredo Mancilla Sanchez to be a citizen of Mexico and a previously deported alien. Mancilla Sanchez was removed from the United States to Mexico through Hidalgo, Texas, on or about April 16, 2016, pursuant

1

to the reinstatement of an order of removal issued by an immigration judge. There is no record of Mancilla Sanchez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Mancilla Sanchez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jovan Alfredo Mancilla Sanchez was convicted of Aggravated Assault, a felony offense, on December 1, 2015, in the Superior Court of Arizona, Maricopa County. Mancilla Sanchez was sentenced to two (2) years' probation. Mancilla Sanchez's criminal history was matched to him by electronic fingerprint comparison

5. On July 27, 2017, Jovan Alfredo Mancilla Sanchez was advised of his constitutional rights. Mancilla Sanchez freely and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about June 11, 2017, Jovan Alfredo Mancilla Sanchez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Hidalgo, Texas, on or about April 16, 2016, and not having obtained

the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

_____
Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 27th day of July, 2017.

_____
Bridget S. Bade,
United States Magistrate Judge